IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RAY SPAN,

    Plaintiff,

v.                                CASE NO. 1:21cv88-RH-GRJ

KELLY LOFLAND et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 9. No objections have been filed. As explained in the report and recommendation, the complaint fails to state a claim under federal law on which relief can be granted. Even if, despite not stating a federal claim, the complaint were somehow deemed sufficient to invoke the court's arising-under jurisdiction, *see* 28 U.S.C. § 1331, the dismissal of the federal claim would leave pending only state-law claims not within the court's original jurisdiction. Dismissal of the state-law claims thus would be permissible, even if deemed within the court's supplemental jurisdiction. See 28 U.S.C. § 1367(c)(3).

For these reasons,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The clerk must enter judgment stating, "Any claim arising under federal law is dismissed with prejudice for failure to state a claim on which relief can be granted. All other claims are dismissed without prejudice for lack of subject-matter jurisdiction.

3. The clerk must close the file.

SO ORDERED on September 12, 2021.

s/Robert L. Hinkle<br>United States District Judge